UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JONATHAN TYRONE HOUGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 1:16CV733 |
| | ) | 1:01CR107-1 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

On July 12, 2019, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. Petitioner filed objections within the time limit prescribed by the statute. The Court has reviewed Petitioner's objections de novo and finds that they do not change the substance of the United States Magistrate Judge's Recommendation [Doc. #182], which is affirmed and adopted.

IT IS THEREFORE ORDERED that the prior stay is lifted, that Respondent's Motion to Dismiss [Doc. #174] is GRANTED, that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence [Doc. #169] is DISMISSED, and that, finding no substantial issue for appeal concerning the denial of a constitutional right affecting the conviction, nor a debatable

procedural ruling, a certificate of appealability is DENIED.

This the 9th day of December, 2019.

                                                  <u>/s/ N. Carlton Tilley, Jr.</u>
                                      Senior United States District Judge